**STATE of Missouri, Respondent,**

v.

**William J. DALY, Appellant.**

**Nos. WD 42040, WD 42182.**

Missouri Court of Appeals, Western District.

April 3, 1990.

John E. Craig, Appointed Public Defender, Kansas City, for appellant.

Albert A. Riederer, Pros. Atty., Robert Frager, Asst. Pros. Atty., Kansas City, for respondent.

Before ULRICH, P.J., and SHANGLER and TURNAGE, JJ.

### ORDER

PER CURIAM.

Defendant appeals from convictions of two separate instances of driving while license revoked pursuant to § 302.321,

RSMo 1986. The two cases have been consolidated here.

Judgments affirmed. Rule 30.25(b).